John Bohnet, Appellant, *v.* Leopold Lithauer, Respondent.

(Submitted June 6, 1876 ; decided June 13, 1876.)

Reported below, 7 Hun, 238.

*J. H. Cornell* for the appellant.

*David Leventritt* for the respondent. ]

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

---

James G. Plunkett, by Guardian, etc., Respondent, *v.* William H. Appleton et al., Appellants.

(Argued June 6, 1876 ; decided June 13, 1876.)

*Wm. G. Choate* for the appellants.

*Elliott F. Shepard* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.